UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:25-CR-62-KAC-JEM-1 |
| | ) | |
| JAYLEN KEITH WARREN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This criminal case is before the Court for consideration of United States Magistrate Judge

Jill E. McCook's April 15 Report and Recommendation ("Report") [Doc. 48] regarding Defendant

Jaylen Keith Warren's (1) "Motion to Suppress Statements" [Doc. 32]. Defendant moved to

suppress statements he allegedly made "[d]uring" a "July11, 2023" traffic stop [*See* Doc. 32 at 1].

The United States responded, asserting, among other things, that the Motion is "moot" because

none of the statements at issue "are relevant to its case-in-chief" and "the United States" "does not

intend to elicit testimony regarding" the alleged statements [Doc. 43 at 1]. Judge McCook held a

hearing on the Motion [*See* Docs. 44, 47]. At the hearing, the United States and Defendant

"agreed" that the Motion is moot based on the United States's representations [*See* Doc. 48 at 2

(citing Doc. 47 at 5-7)]. The Report therefore recommends that the undersigned deny the Motion

as moot [*See id.* at 3]. No Party objected to the Report.

Under 28 U.S.C. § 636(b)(1), "[a] judge of the court may accept, reject, or modify, in whole

or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C.

§ 636(b)(1). The Court need not engage in de novo review of undisputed portions of the Report.

*See Mira v. Marshall*, 806 F.2d 636, 637 (6th Cir. 1986); *see also* 28 U.S.C. § 636(b)(1).  Here, no Party filed any objection to the Report, and the time to do so has passed [*See* Doc. 48 at 3 n.1 (citing Fed. R. Crim. P. 59(b)(2))].  The Parties agree that Defendant's Motion to Suppress is currently moot [*See  e.g.*, Doc. 47 at 5-7)].  And the Court sees no reason to upset that agreement.  Accordingly, the Court **ADOPTS** the Report [Doc. 48] and **DENIES AS MOOT** Defendant Jaylen Keith Warren's (1) "Motion to Suppress Statements" [Doc. 32].

    SO ORDERED.

KATHERINE A. CRYTZER
United States District Judge

2