| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:25-CR-62-KAC-JEM |
| | ) | |
| JAYLEN KEITH WARREN, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on Defendant Jaylen Keith Warren's Third Unopposed Motion to Continue Trial Date and Reset All Deadlines [Doc. 51], which he filed on May 6, 2026.

Defendant Warren asks the Court to continue the trial date in his case, currently set for June 9, 2026 [*Id.*]. In support, Defendant explains there is voluminous discovery requiring in-person review with counsel [*Id.*¶ 4]. Defendant also states this case was recently re-assigned to a new AUSA and he has been advised it may be re-assigned to another AUSA [*Id.* ¶ 3]. Defense counsel began plea negotiations with the previously assigned AUSA, and additional time is needed for defense counsel and Government counsel to review discovery, continue plea negotiations, and, if necessary, adequately prepare for trial [*Id.* ¶ 4].

Defendant acknowledges he understands his speedy trial rights and that the period of time between the filing of his motion for continuance and the rescheduled court date will be fully excludable for speedy trial purposes [*Id.* ¶ 6]. Defendant's motion also reflects that the Government does not oppose the requested continuance [*Id.* ¶ 5].

Based upon the information in Defendant's motion and because the Government does not oppose the continuance, the Court finds the ends of justice served by granting a continuance outweighs the interests of Defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). In making this determination, the Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B). Specifically, the Court concludes that failing to grant a continuance would both result in a miscarriage of justice and deny counsel for Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). Specifically, Defendant's counsel needs additional time to review discovery, continue working toward a resolution, and, if necessary, prepare for trial. The Court finds that this cannot occur before the June 9, 2026 trial date.

The Court therefore **GRANTS** Defendant's Third Unopposed Motion to Continue Trial Date and Reset All Deadlines [**Doc. 51**]. The trial date is reset to **September 8, 2026**. A new, comprehensive trial schedule is included below. Because the Court has found that the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial, all of the time between the filing of the motion on May 6, 2026, and the new trial date is fully excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A)–(B).

Accordingly, it is **ORDERED** as follows:

(1) Defendant's Third Unopposed Motion to Continue Trial Date and Reset All Deadlines [**Doc. 51**] is **GRANTED**;

(2) the trial date is reset to commence on **September 8, 2026, at 9:00 a.m.**, before the Honorable Katherine A. Crytzer, United States District Judge;

(3) all time between the filing of the motion on **May 6, 2026**, and the new trial date of **September 8, 2026**, is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

2

(4) the deadline for filing a plea agreement in the record and providing reciprocal discovery is **August 7, 2026**;

(5) the deadline for filing motions *in limine* is **August 24, 2026**, and responses to motions *in limine* are due on or before **September 1, 2026**;

(6) the parties are to appear before the undersigned for a final pretrial conference on **August 27, 2026, at 11:30 a.m.**; and

(7) requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **August 28, 2026**.

**IT IS SO ORDERED.**

ENTER:

Jill E. McCook
United States Magistrate Judge

3